**From:** "Eric Lee" <eric@hello.trueaccord.com>
**To:** "Sandra Bennett" <thefacts@tds.net>
**Sent:** Thursday, June 11, 2020 3:07:50 PM
**Subject:** Important notice regarding your account

Please review.

**This is an important message for Sandra Bennett. If you are not this person, please disregard and delete it.** Email not displaying correctly? Skip to our message.

## Sandra, please set up a payment arrangement.

LVNV Funding LLC (current creditor of your original Synchrony Bank (Sam's ClubPersonalCredit) account) would like to prevent legal review on your past due account, so they gave us the opportunity to assist you in reaching a resolution.

While your account is still with us, we'd like to work with you to resolve your past due balance. Otherwise, LVNV Funding LLC (current creditor of your original Synchrony Bank (Sam's ClubPersonalCredit) account) may review your account for placement with an attorney for legal review as their next step.

You can prevent this by setting up a payment arrangement.

Pay Your Balance

Your outstanding balance owed to LVNV Funding LLC is: $5862.55.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute all or any portion of this debt, we will obtain verification of the debt or obtain a copy of a judgment and send you a copy of such verification or judgment. You may also request in writing within 30 days of receiving this notice that we provide you with the name and address of the original creditor, if different from the current creditor.

Please read below for important disclosures.

   

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 7 PM ET

Your TrueAccord account number is: 47-47-0045-79045

[Click here for more information about your balance](#)

[Unsubscribe](#)   [Dispute this debt](#)   [Privacy Policy](#)

[Log in to your account](#)

TrueAccord Corp is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

This was originally an account with Synchrony Bank (Sam's ClubPersonalCredit), account number ending in 5758

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url: [http://go.trueaccord.com/resurgent_glb](http://go.trueaccord.com/resurgent_glb)

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

The account went into default on Jan 23, 2018. It was charged-off on Aug 21, 2018. Please be advised that LVNV Funding LLC the Current Creditor-Debt Purchaser, has purchased the account referenced above.

LVNV Funding LLC account number ending in: 0626.