# Brent S. Snyder, Attorney

Mailing Address:  
2125 Middlebrook Pike  
Knoxville, TN 37921

Telephone     1-865-546-2141  
Fax     1-865-546-5777  
Email     brentsnyder77@gmail.com  
Website:     brentsnyderlaw.com

Member – NACA*  
Member – NACBA*

June 15, 2020

True Accord/LVNV  
16011 College Blvd  
Suite 130  
Lenexa, KS 66219

To Whom It May Concern:

I represent Sandra Bennett in disputing your account #47-47-0045-79045.   Please be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692g §809(b) that your claim is disputed and validation is requested.

I am requesting the following documents or stated reasons why any of these documents cannot be provided:

- A copy of the original signed agreement between the debtor and the original creditor establishing the debt.
- A copy of the complete payment history showing the details of the debtor's payments received by the original creditor.
- A detailed account analysis explaining any interest or fees that are included in the debt.

Further let this letter serve as a cease & desist letter with respect to the collection or attempted collection of any debt, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692b(6) and 1692c(b), et seq.  Specifically, there are to be absolutely no calls, letters, or other communications whatsoever from your agency by any to any other person or entity other than myself to provide the above requested information.  Continuation of contact will be viewed as willful violations of the Fair Debt Collection Practices Act.  Please forward a copy of the requested documentation to the address listed above.  If you have any questions, please contact my office.

Sincerely,

Brent S. Snyder  
CC: Client

- **National Association of Consumer Advocates – www.consumeradvocates.org**
- **National Association of Consumer Bankruptcy Attorneys – www.nacba.org**