**From:** "Eric Lee" <eric@email.trueaccord.com>
**To:** "Sandra Bennett" <thefacts@tds.net>
**Sent:** Monday, June 15, 2020 11:52:47 AM
**Subject:** Important information regarding your account

Account Notification

This is an important message for Sandra Bennett. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

## Sandra, please set up a payment arrangement.

LVNV Funding LLC (current creditor of your original Synchrony Bank (Sam's ClubPersonalCredit) account) wants to avoid legal review, so they've asked us to work with you on your account.

Please review your account summary and take this opportunity to pay your balance. Let us know if you have any questions.

### Your Account Summary

| Creditor: | Outstanding Balance: |
|---|---|
| LVNV Funding LLC | $5,862.55 |
| **Originally owed to** | Synchrony Bank (Sam's ClubPersonalCredit) |

Total balance at the time of placement with TrueAccord: $5,862.55.    Resolve This

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please read below for important disclosures.

    

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 7 PM ET
**Your TrueAccord account number is: 47-47-0045-79045**

**Click here for more information about your balance**

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

TrueAccord Corp is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

This was originally an account with Synchrony Bank (Sam's ClubPersonalCredit), account number ending in 5758

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url: http://go.trueaccord.com/resurgent_glb

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.


LVNV Funding LLC account number ending in: 0626.