**Brent Snyder &lt;brentsnyder77@gmail.com&gt;**

## Fwd: Important information regarding your account
1 message

**Brent Snyder** &lt;brentsnyder77@gmail.com&gt;     Mon, Jun 15, 2020 at 7:18 PM
To: eric@email.trueaccord.com
Bcc: thefacts@tds.net

Eric,
Please see attached regarding my client Sandra Bennett.

Brent S. Snyder
2125 Middlebrook Pike
Knoxville, TN 37921-5855
Office: 865.546.2141
Fax:    865.546.5777
Direct: 865.264.3328
[brentsnyder77@gmail.com](mailto:brentsnyder77@gmail.com)

This e-mail message is intended only for the person to whom it was addressed and may contain attorney-client privileged and confidential information.  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, or you have received this e-mail in error, please be advised that any dissemination, distribution, or duplication of this email is strictly prohibited.  If you have received this e-mail in error please notify me immediately at (865) 546-2141

 **6-15-2020 C&D LVNV S Bennett.pdf**
65K