**From:** "Eric Lee" <eric@email.trueaccord.com>
**To:** "Sandra Bennett" <thefacts@tds.net>
**Sent:** Monday, June 22, 2020 9:05:53 AM
**Subject:** Sandra, we've got an idea!

It's not too late!

This is an important message for Sandra Bennett. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

# Sandra, your outstanding balance to LVNV Funding LLC (current creditor of your original Synchrony Bank (Sam's ClubPersonalCredit) account) needs some attention.

Don't worry though, it's not too late. We have agents standing by ready to help, so please get in touch so we can get this resolved.

It's Not Too Late

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please read below for important disclosures.

---

   

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 7 PM ET

Your TrueAccord account number is: 47-47-0045-79045

Click here for more information about your balance

Unsubscribe   Dispute this debt   Privacy Policy

[Log in to your account](#)

TrueAccord Corp is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

This was originally an account with Synchrony Bank (Sam's ClubPersonalCredit), account number ending in 5758

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url: [http://go.trueaccord.com/resurgent_glb](http://go.trueaccord.com/resurgent_glb)


LVNV Funding LLC account number ending in: 0626.