PO Box 510090
Livonia MI 48151-6090





PCCQY200400258

SANDRA BENNETT
6115 RACCOON VALLEY DR
KNOXVILLE, TN 37938-1766

| | |
|---|---|
| Account Number: | ************5758 |
| Original Creditor: | Synchrony Bank |
| Current Owner: | LVNV Funding LLC |
| Reference ID: | 693410626 |
| Balance: | $5,862.55 |
| Accountholder Name: | Sandra Bennett |

June 26, 2020

Dear Sandra Bennett,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,


Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

This collection agency is licensed by the collection service board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



# Sam's Club® Credit

SANDRA BENNETT
Account Number: 6045 9921 3263 5758

Visit us at samsclub.com/credit
Member Service: 1-800-568-0162

| Summary of Account Activity | |
|---|---|
| Previous Balance | $5,824.55 |
| - Other Credits | $5,862.55 |
| + Fees Charged | $38.00 |
| **New Balance** | **$0.00** |
| | |
| Credit Limit | $7,400.00 |
| Available Credit | $0.00 |
| Cash Advance/Quick Cash Limit | $1,480.00 |
| Available Cash | $0.00 |
| Statement Closing Date | 08/21/2018 |
| Days in Billing Cycle | 29 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $1,498.00 |
| Payment Due Date | 08/23/2018 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 08/21 | 08/21 | F927700KT00999990 | CHARGE OFF ACCOUNT-PRINCIPALS | ($4,855.04) |
| 08/21 | 08/21 | F927700KT00999990 | CHARGE OFF ACCOUNT-INTEREST CHARGE | ($1,007.51) |
| | | | **FEES** | |
| 08/15 | 08/15 | | LATE FEE | $38.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |
| | | | **INTEREST CHARGED** | |
| 08/21 | 08/21 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 08/21 | 08/21 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2018 Totals Year-To-Date | |
|---|---|
| Total Fees Charged in 2018 | $293.00 |
| Total Interest Charged in 2018 | $755.28 |
| Total Interest Paid in 2018 | $38.00 |

---

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.

NOTICE: We may convert your payment into an electronic debit. See reverse side for details, Billing Rights and other important information.

6709      A8H      1      3    20    180821          Z D PAGE 1 of 3          9277    2100    V093    01EU6709

Detach and mail this portion with your check. Do not include any correspondence with your check.



Savings Made Simple

Account Number: 6045 9921 3263 5758

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $1,498.00 | $0.00 | 08/23/2018 | $0.00 |

Payment Enclosed: Please use blue or black ink.    $ ☐☐☐☐☐.☐☐

New address or email? Print changes on back.



SANDRA BENNETT
6115 RACCOON VALLEY DR
KNOXVILLE TN 37938-1766

Make Payment to:   SAM'S CLUB/SYNCHRONY BANK
PO BOX 530942
ATLANTA, GA 30353-0942



## Interest Charge Calculation
**Your Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 24.65% (v) | $0.00 | $0.00 | 2D |
| Cash Advances / Quick Cash | N/A | 24.65% (v) | $0.00 | $0.00 | 2D |

(v) = variable rate

## Cardholder News and Information

Statement not provided to customer.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific balance, please call Customer Service to discuss options that may be available.

We heard you! We have streamlined your statement and made it easier to find all the key information you need to manage your account.

    More prominent key account information
    Easy to find payment amounts and due dates
    Prominent contact information

    Coming Soon is your simplified statement.

## Member News and Information
Please note that Cashier Checks and Loan Transfer Checks are not acceptable forms of tender when making your payments in Sam's Club® or Walmart®.



## ACCOUNT SUMMARY REPORT
6/26/2020 12:13:38 PM

This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.

### Borrower Information

| | |
|---|---|
| Name: | SANDRA BENNETT |
| Address: | 6115 Raccoon Valley Dr |
| City: | Knoxville |
| State: | TN |
| Zip Code: | 37938-1766 |

### Current Account Information

| | |
|---|---|
| Owner: | LVNV Funding LLC |
| Resurgent Reference #: | 693410626 |
| Original Creditor: | Synchrony Bank |
| Account Number: | XXXXXXXXXXXX5758 |
| Merchant: | Sam's ClubPersonalCredit |
| Current Balance Due: | $5862.55 |
| Date of Last Payment: | 03/30/2018 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Synchrony Bank<br>P.O. Box 105972<br>Atlanta, GA 30348 |
| The origination date with original creditor was: | 11/20/2002 |
| The account charge-off date was: | 08/21/2018 |
| The account charge-off amount was: | $5,862.55 |
| The account was acquired on or about: | 05/29/2020 |
| The account balance at time of acquisition: | $5,862.55 |

This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

