# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **SANDRA BENNETT** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 3:20-cv-00302-CLC-DCP |
| ) | |
| **TRUEACCORD CORP., RESURGENT** ) | |
| **CAPITAL SERVICES L.P., LVNV** ) | |
| **FUNDING, L.L.C., & JOHN DOES 1-10** ) | |
| ) | |
|     **Defendants.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached an agreement to resolve all claims set forth in her Complaint. The parties are in the process of finalizing settlement documents. The parties expect to submit a Stipulation of Dismissal to the Court within 60 days.

10/01/2020                          Respectfully submitted,

                                    s/      Alan C. Lee
                                    Alan C. Lee, BPR #012700
                                    PO Box 1357
                                    Talbott, TN 37877-1357
                                    (423) 581-0924
                                    aleeattorney@gmail.com

                                    s/      Brent S. Snyder
                                    Brent S. Snyder, BPR #021700
                                    2125 Middlebrook Pike

Knoxville, TN 37921-5855
(865) 546-2141
Brentsnyder77@gmail.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify this 1st day of October, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                   s/ Brent S. Snyder
                                   Brent S. Snyder, Attorney for Plaintiff