UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **SANDRA BENNETT** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**TRUEACCORD CORP., RESURGENT** )<br>**CAPITAL SERVICES L.P., LVNV** )<br>**FUNDING, L.L.C., & JOHN DOES 1-10** )<br>)<br>    **Defendants.** ) | Case No. 3:20-cv-00302-CLC-DCP |

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and the Defendants, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs, and expenses.

Respectfully submitted this 23rd day of October, 2020.

s/      Alan C. Lee
Alan C. Lee, BPR #012700
PO Box 1357
Talbott, TN 37877-1357
(423) 581-0924
aleeattorney@gmail.com

s/      Brent S. Snyder
Brent S. Snyder, BPR #021700
2125 Middlebrook Pike
Knoxville, TN 37921-5855
(865) 546-2141

Brentsnyder77@gmail.com

Attorneys for Plaintiff


s/ Katherine M. Saldanha Olson
Katherine M. Saldanha Olson (IL Bar #6310080)
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, IL 60606
(312) 334-3469
(312) 334-3473 (FAX)
kolson@messerstrickler.com
Pro Hac Vice Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/ Brent S. Snyder
Brent S. Snyder, Attorney for Plaintiff